**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

KEYLING EGDELINA VELASQUEZ PINELL,

                Petitioner,

     v.

TODD BLANCHE, et al.,

                Respondents.

Case No. EDCV 26-0129-ODW (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and permanently enjoining and restraining Respondents from re-detaining Petitioner absent compliance with constitutional

protections, which include, at a minimum, pre-deprivation notice and a timely hearing before a neutral arbiter at which the government bears the burden of establishing that Petitioner poses a risk of flight or danger to the community.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 5, 2026

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

2