JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| KEYLING EGDELINA VELASQUEZ PINELL,<br><br>                    Petitioner,<br><br>        v.<br><br>TODD BLANCHE, et al.,<br><br>                    Respondents. | Case No. EDCV 26-0129-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: May 5, 2026

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE